

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-14-00075-CV |
| IN RE:  LINDA S. RESTREPO AND CARLOS E. RESTREPO, | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

### MEMORANDUM OPINION

Relators, Linda S. Restrepo and Carlos E. Restrepo, have filed a *pro se* petition for writ of mandamus against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso County, Texas.  They ask that we order Respondent to set aside an order granting a motion to compel discovery.

To be entitled to mandamus relief, a relator must meet two requirements.  First, the relator must show that the trial court clearly abused its discretion.  *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004).  Second, the relator must demonstrate that there is no adequate remedy by appeal.  *Id*. at 136.  Based on the record before us, we conclude that Relators have not established they are entitled to mandamus relief.  Accordingly, we deny the petition for writ of mandamus and the motion for emergency relief.  *See* TEX.R.APP.P. 52.8(a), 52.10.

March 26, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)